JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL HERRON, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INVEST-U LLC, a Nevada limited liability company; LARRY SMEAD, and individual; SASCO, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. SACV12-0067-AG(MLGx)<br>Judge: Hon. Andrew J. Guilford<br><br>**ORDER REMANDING ACTION TO STATE COURT**<br><br>[Filed concurrently with Stipulation to Remand Action to State Court]<br><br><br>Trial Date:　　None Set |

　　Based upon the stipulation of the parties hereto, and Plaintiff's agreement to dismiss the fifth cause of action in his Complaint for Violation of ERISA, which raised a Federal question and was the basis for removing this action to this Court,

　　IT IS HEREBY ORDERED that this case be remanded to the Orange County Superior Court forthwith.

DATED: January 30, 2012

_____
U.S. District Court Judge
Andrew J. Guilford

LEWIS BRISBOIS

4844-6516-1742.1